UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-14062-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KAREN LAGES,

    Defendant.

_____/

FILED by _____ D.C.

MAR 10 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON GOVERNMENT'S MOTION FOR HEARING TO DETERMINE MENTAL COMPETENCY [D.E.17] AND STIPULATION REGARDING DEFENDANT'S COMPETENCY TO STAND TRIAL

**THIS CAUSE** having come on to be heard for a competency hearing on March 10, 2016 in respect to the government's motion and this Court having conducted a hearing with counsel for the government, counsel for the Defendant and the Defendant being present, this Court recommends to the District Court as follows:

    1.    The Court has received a copy of the Confidential Competency Evaluation of the Defendant conducted by Michael P. Brannon, Psy.D., a licensed psychologist. Counsel for the Defendant will be filing the original of this evaluation under seal with the Court.

    2.    The evaluation in summary reflects that the Defendant is competent to proceed to trial. The parties have filed an original Stipulation Regarding Defendant's Competency To Stand Trial [D.E. 26]. That stipulation reflects as follows:

        a.    That Ms. Lages can appreciate the pending charges;

        b.    That she can appreciate the possible penalties;

        c.    That she can appreciate the nature of the legal adversarial process and the roles of the entities and participants involved;

  d. That she is able to relate pertinent facts to counsel;

  e. That she can manifest appropriate courtroom behavior; and

  f. That she has the capacity to testify or not testify as she chooses.

3. Based upon the foregoing stipulation taken in conjunction with this Court's review of the Confidential Competency Evaluation by Michael Brannon, this Court recommends to the District Court that the Defendant be found to be competent to proceed to trial as reflected in the stipulation entered into by counsel for the parties.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to be competent to stand trial and to proceed further in this matter consistent with the stipulation entered into by the parties and the Confidential Competency Evaluation filed under seal with this Court which is available for review by the District Court.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Robin L. Rosenberg, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 10th day of March, 2016, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Robin L. Rosenberg
AUSA Russell R. Killinger
AFPD Fletcher Peacock
U.S. Pretrial/Probation